# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 10, 2025
Lyle W. Cayce
Clerk

No. 25-10397

United States of America,

*Plaintiff—Appellee,*

versus

Paulino Gomez-Betancourt,

*Defendant—Appellant.*

_____

Application for Certificate of Appealability
the United States District Court
for the Northern District of Texas
USDC No. 3:24-CV-2804
USDC No. 3:19-CR-371-1

_____

UNPUBLISHED ORDER

Before Jones, Richman, and Haynes, *Circuit Judges.*

Per Curiam:

  Paulino Gomez-Betancourt, federal prisoner # 69241-065, seeks a certificate of appealability (COA) to appeal the district court's denial of his 28 U.S.C. § 2255 motion as untimely. He argues the following: (1) the district court did not sufficiently address his equitable-tolling argument; (2) his access to legal materials at his prison was restricted; and (3) he should

No. 25-10397

have received an evidentiary hearing in the district court to develop his claims.

    Gomez-Betancourt has not demonstrated that reasonable jurists could debate the correctness of the district court's determination that he failed to demonstrate grounds for equitable tolling. *See* 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). His motion for a COA is thus DENIED. As Gomez-Betancourt fails to make the required showing for a COA, we do not reach whether the district court erred by denying an evidentiary hearing. *See United States v. Davis*, 971 F.3d 524, 534-35 (5th Cir. 2020).

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 03, 2025

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 25-10397   USA v. Gomez-Betancourt
                          USDC No. 3:24-CV-2804

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Melissa B. Courseault, Deputy Clerk
                                  504-310-7701

cc:
    Mr. Stephen S. Gilstrap
    Mr. Paulino Gomez-Betancourt